UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES B. JOHNSON,                              :
as Trustee of the Johnson Family Trust, and
TEMPLETON GLOBAL INCOME FUND,       :

        Plaintiffs,        :   22-cv-4915 (AT)
  v.
                                  :
SABA CAPITAL MANAGEMENT, L.P.,
SABA CAPITAL MANAGEMENT GP, LLC, :   **STIPULATION AND**
SABA CAPITAL MASTER FUND, LTD.,          **[PROPOSED] ORDER**
BOAZ R. WEINSTEIN, KAREN                    :
CALDWELL, KETU DESAI, MARK
HAMMITT, and ANATOLY NAKUM,         :

        Defendants,       :
  and
                                  :
FIRST COAST RESULTS, INC.,
                                  :
        Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Plaintiffs Charles B. Johnson, as Trustee of the Johnson Family Trust, and the

Templeton Global Income Fund ("GIM" or the "Fund") (collectively, "Plaintiffs") and

defendants Saba Capital Management, L.P., Saba Capital Management GP, LLC, Saba Capital

Master Fund, LTD, and Boaz R. Weinstein (the "Saba Defendants") respectfully submit this

Stipulation and [Proposed] Order for entry of a status quo agreement and schedule for expedited

proceedings.

        **IT IS HEREBY STIPULATED AND AGREED,** by and among the

undersigned counsel, subject to the approval of the Court, as follows:

        A.        <u>**Status Quo Agreement Pending Preliminary Injunction Proceedings**</u>

        1.        In light of Plaintiffs' filing of an Order to Show Cause and request for

temporary restraining order and preliminary injunction, Plaintiffs and the Saba Defendants agree

to resolve Plaintiffs' request for a temporary restraining order with the following Status Quo Agreement until one business day after the Court's ruling on the Plaintiffs' motion for preliminary injunction (the "Status Quo Period").

2. The putative results of the Fund shareholder vote that was held on June 6, 2022 shall be tabulated and all contests, if any, resolved. The Inspector of Elections shall advise the parties that the final tabulation is complete and contests resolved and he is prepared to certify the results of the election based on such tabulation, but the shareholder vote shall not be certified until the termination of the Status Quo Period.

3. Regardless of the outcome of the tabulation described in the previous paragraph, the putatively elected nominees Karen Caldwell, Ketu Desai, Mark Hammitt and Anatoly Nakum (the "Putatively Elected Nominees") shall not be deemed to have been elected or qualified, be seated or otherwise allowed to take office as trustees of the Fund prior to the expiration of the Status Quo Period. The date by which the Putatively Elected Nominees need respond to the Complaint shall be adjourned until 30 days after the Court's ruling on Plaintiffs' motion for preliminary injunction.

4. During the Status Quo Period, the Fund and its Board of Trustees shall manage the Fund in the ordinary course of business consistent with their fiduciary duties and as required by law. Subject to the foregoing, the Fund and its Board of Trustees shall not otherwise take any action outside the ordinary course of business with respect to the management of the Fund, including, but not limited to, calling a new annual meeting or special meeting, amending the Fund's declaration of trust, bylaws, or investment management agreement, issuance of common or preferred shares, tender, open-ending, liquidation, merger, or changing of domicile. In the event of a dispute regarding whether a particular action is within the ordinary course of

business with respect to the management of the Fund, either party may seek to have the Court resolve such issue. During the Status Quo Period, all written information and materials distributed within, to or from the Board of Trustees (including, committees thereof) shall be provided to all members of the Board of Trustees at the same time and in the same manner, with the exception of written information and materials concerning (i) any investigation, consideration, communication and addressing of matters, in each case, relating to the June 6, 2022 Annual Meeting and the conduct thereof, and (ii) the subject matter of this action.

### B.  Schedule For Expedited Injunction Proceedings

5. The Saba Defendants shall respond to the Verified Complaint on or before June 22, 2022.

6. In order to prepare a full record for preliminary injunction briefing, the parties agree to conduct expedited discovery. Plaintiffs and the Saba Defendants shall meet and confer on a schedule for expedited discovery and shall jointly file a proposed schedule with the Court on or before June 23, 2022. If Plaintiffs and the Saba Defendants cannot reach agreement, they shall submit competing proposals for the Court's consideration.

7. Briefing on Plaintiffs' motion for preliminary injunction shall be filed as follows:

> (a) Plaintiffs' papers in support of their motion for a preliminary injunction shall be filed on August 4, 2022;
>
> (b) The Saba Defendants' opposition papers shall be filed on August 15, 2022;
>
> (c) Plaintiffs' reply papers in further support of their motion for a preliminary injunction shall be filed on August 19, 2022; and

    (d)  The Court shall schedule a hearing if the Court believes a hearing would be helpful to the Court.

  8.  It is the parties' mutual desire that the Court resolve the preliminary injunction motion no later than September 15, 2022.

Dated: New York, New York
   June 16, 2022

| | |
|---|---|
| /s/ Scott D. Musoff | /s/ Michael E. Swartz |
| Scott D. Musoff<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>(212) 735-3000<br>scott.musoff@skadden.com<br><br>Eben P. Colby<br>(motion for *pro hac vice* pending)<br>Christopher G. Clark<br>Marley Ann Brumme<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>eben.colby@skadden.com<br>christopher.clark@skadden.com<br>marley.brumme@skadden.com<br><br>*Counsel for Plaintiffs Charles B. Johnson,*<br>*as Trustee of the Johnson Family Trust, and*<br>*Templeton Global Income Fund* | Michael E. Swartz<br>Andrew D. Gladstein<br>George H. Rowe<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 756-2471<br>michael.swartz@srz.com<br>andrew.gladstein@srz.com<br>george.rowe@srz.com<br><br>*Counsel for Defendants*<br>*Saba Capital Management, L.P.,*<br>*Saba Capital Management GP, LLC,*<br>*Saba Capital Master Fund, LTD,*<br>*and Boaz R. Weinstein* |

SO ORDERED:

_____

Hon. Analisa Torres

Dated: _____

4