UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CHARLES B. JOHNSON, as Trustee of the Johnson Family Trust, and TEMPLETON GLOBAL INCOME FUND | : : : | |
| Plaintiffs, | : | No. 22-cv-4915 (AT) |
| v. | | |
| | : | |
| SABA CAPITAL MANAGEMENT, L.P., SABA CAPITAL MANAGEMENT GP, LLC, SABA CAPITAL MASTER FUND, LTD., BOAZ R. WEINSTEIN, KAREN CALDWELL, KETU DESAI, MARK HAMMITT, and ANATOLY NAKUM, | : : : : | **JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING DISCOVERY** |
| Defendants, and | : | |
| FIRST COAST RESULTS, INC., | : : | |
| Nominal Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to the Court's June 17, 2022 order (ECF No. 32) and Rules 16 and 26 of the Federal Rules of Civil Procedure, Plaintiffs Charles B. Johnson, as Trustee of the Johnson Family Trust, and Templeton Global Income Fund ("GIM" or the "Fund"), and Defendants Saba Capital Management, L.P., Saba Capital Management GP, LLC, Saba Capital Master Fund, Ltd., (each a "Saba Entity"), Boaz R. Weinstein (together with the Saba Entities, "Saba" or "the Saba Defendants") respectfully submit this Joint Stipulation and [Proposed] Order Concerning Discovery.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, subject to the approval of the Court, that the following schedule shall govern proceedings in connection with Plaintiffs' forthcoming motion for preliminary injunction:

|  | **Event** | **Deadline** |
|---|---|---|
| 1. | Parties to serve written discovery requests and initial disclosures | June 27, 2022 |
| 2. | Parties to serve written responses and objections to discovery requests | July 1, 2022 |
| 3. | Substantial completion of document production – the parties have not agreed to expedited treatment of privilege logs | July 8, 2022 |
| 4. | Identification of opening experts and brief description of subject matter of report | July 12, 2022 |
| 5. | Deadline to complete fact witness depositions | July 22, 2022 |
| 6. | Deadline to exchange opening expert reports | July 25, 2022 |
| 7. | Deadline to exchange rebuttal expert reports | August 1, 2022 |

The parties may jointly agree to amend the dates set forth above by written agreement without Court approval. The parties reserve the right to move the Court to modify the above dates upon good cause shown.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and among the undersigned counsel, subject to the approval of the Court, that the parties shall be authorized to commence discovery and may seek discovery in any sequence from any source immediately.

2

Dated: New York, New York
       June 23, 2022

_____
Scott D. Musoff
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
scott.musoff@skadden.com

Eben P. Colby, *pro hac vice*
Christopher G. Clark
Marley Ann Brumme
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
eben.colby@skadden.com
christopher.clark@skadden.com
marley.brumme@skadden.com

*Counsel for Plaintiffs Charles B. Johnson,
as Trustee of the Johnson Family Trust, and
Templeton Global Income Fund*

_____
Michael E. Swartz
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2471
michael.swartz@srz.com

*Counsel for Defendants
Saba Capital Management, L.P.,
Saba Capital Management GP, LLC,
Saba Capital Master Fund, LTD,
and Boaz R. Weinstein*

SO ORDERED:

Dated: _____   _____
                                                    Hon. Analisa Torres
                                                    United States District Judge