UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the Johnson Family Trust, and TEMPLETON GLOBAL INCOME FUND,

Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P., SABA CAPITAL MANAGEMENT GP, LLC, SABA CAPITAL MASTER FUND, LTD., BOAZ R. WEINSTEIN, KAREN CALDWELL, KETU DESAI, MARK HAMMITT, and ANATOLY NAKUM,

Defendants,

and

FIRST COAST RESULTS, INC.,

Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/5/2022__

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 22, 2022, Defendants Saba Capital Management GP, LLC, Saba Capital Management, L.P., Saba Capital Master Fund, LTD., and Boaz R. Weinstein filed an answer in this action. ECF No. 33. However, these defendants have not filed a Rule 7.1 disclosure statement. Fed. R. Civ. P. 7.1. Accordingly, by **August 8, 2022**, the defendants who have entered an appearance shall file their 7.1 disclosure statements.

SO ORDERED.

Dated: August 5, 2022
      New York, New York

ANALISA TORRES
United States District Judge