UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, et al.,

    Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P., et al.,

    Defendants.

22-CV-04915 (AT) (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during yesterday's discovery conference, it is hereby ORDERED that the parties must submit, no later than **October 26, 2022**:

1. Plaintiff's updated privilege and redaction logs, under cover of a joint letter which is to be filed on ECF and must contain:

    a. A key identifying, for each individual listed on the logs, by whom that individual is employed and whether he or she is an attorney acting as such;

    b. A list of six exemplar documents per side (identified by Bates number or similar production number) to be reviewed *in camera* by the Court; and

    c. No more than one page (per side) of argument regarding why the exemplar documents were or were not properly withheld, or redacted, for privilege.

2. All 12 exemplar documents, which are to be submitted by email to the Court at Moses_NYSDChambers@nysd.uscourts.gov for *in camera* review.

Dated:  New York, New York
         October 21, 2022

                          SO ORDERED.

                          **BARBARA MOSES**
                          **United States Magistrate Judge**