UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the Johnson Family Trust, and TEMPLETON GLOBAL INCOME FUND,

Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P., SABA CAPITAL MANAGEMENT GP, LLC, SABA CAPITAL MASTER FUND, LTD., BOAZ R. WEINSTEIN, KAREN CALDWELL, KETU DESAI, MARK HAMMITT, and ANATOLY NAKUM,

Defendants,

and

FIRST COAST RESULTS, INC.,

Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/9/2022_

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 28, 2022, Plaintiffs filed a letter motion to seal three of the fifteen exhibits discussed in the Court's October 14, 2022 order, ECF No. 90. ECF Nos. 99–100. By **November 16, 2022**, Defendants shall state their position on Plaintiffs' motion.

In addition, on September 19, 2022, the Court granted Defendants' request to file a four-page sur-reply. ECF No. 89. Defendants have not yet filed their sur-reply. Accordingly, by **November 16, 2022**, Defendants shall file their sur-reply.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

ANALISA TORRES
United States District Judge