UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the Johnson Family Trust, and TEMPLETON GLOBAL INCOME FUND,

Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P., SABA CAPITAL MANAGEMENT GP, LLC, SABA CAPITAL MASTER FUND, LTD., BOAZ R. WEINSTEIN, KAREN CALDWELL, KETU DESAI, MARK HAMMITT, and ANATOLY NAKUM,

Defendants,

and

FIRST COAST RESULTS, INC.,

Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2022

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has resolved the parties' requests to file certain documents submitted in support of their preliminary injunction papers under seal, *see* ECF Nos. 90, 108 (the "Sealing Orders"). *See also* ECF No. 52 at 1 (granting the parties' request to "provisionally file their [preliminary injunction] papers . . . under seal"). The Court intends to unseal the majority of the parties' preliminary injunction papers, ECF Nos. 54–55, 63–68, 74–75, 79, 87, which no longer need to be under seal.

Accordingly, by **January 6, 2023**, the parties shall submit a joint letter stating whether, in accordance with the Sealing Orders, any documents besides ECF Nos. 64-17, 67-7, 67-8, 100-1, 100-2, and 100-3 should not be unsealed and/or require redactions to conform to the Sealing Orders.

SO ORDERED.

Dated: December 21, 2022
New York, New York

ANALISA TORRES
United States District Judge