UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the
Johnson Family Trust, and TEMPLETON
GLOBAL INCOME FUND,

        Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P.,
SABA CAPITAL MANAGEMENT GP, LLC,
SABA CAPITAL MASTER FUND, LTD.,
BOAZ R. WEINSTEIN, KAREN
CALDWELL, KETU DESAI, MARK
HAMMITT, and ANATOLY NAKUM,

        Defendants,

and

FIRST COAST RESULTS, INC.,

        Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/23/2022_

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' preliminary injunction papers. ECF Nos. 53–55, 63–67, 106. By **January 9, 2023**, the parties shall file letters of no more than five pages addressing the mandatory preliminary injunction standard as applied to this action.

    SO ORDERED.

Dated: December 23, 2022
       New York, New York

                                    ANALISA TORRES
                                United States District Judge