UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the Johnson Family Trust, and TEMPLETON GLOBAL INCOME FUND,

Plaintiffs,

-against-

SABA CAPITAL MANAGEMENT, L.P., SABA CAPITAL MANAGEMENT GP, LLC, SABA CAPITAL MASTER FUND, LTD., BOAZ R. WEINSTEIN, KAREN CALDWELL, KETU DESAI, MARK HAMMITT, and ANATOLY NAKUM,

Defendants,

and

FIRST COAST RESULTS, INC.,

Nominal Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/9/2023__

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 21, 2022, the Court notified the parties of its intent to unseal the majority of the parties' preliminary injunction papers and ordered the parties to identify any additional documents that should not be unsealed and/or required redactions to conform to the Court's sealing orders, ECF Nos. 90, 108 (the "Sealing Orders"). ECF No. 109. By letter dated January 5, 2023, the parties confirmed that ECF Nos. 64-17, 67-7, 67-8, 100-1, 100-2, and 100-3 should remain under seal, and notified the Court that ECF Nos. 75-3, 75-4, and 79-4 should also remain under seal. ECF No. 112. The parties "agree that no other documents currently filed on the docket shall be under seal." *Id.* In accordance with the Sealing Orders, ECF Nos. 64-17, 67-7–67-8, 75-3–75-4, 79-4, and 100-1–100-3 shall remain under seal.

    The Clerk of Court is directed to modify the viewing level at ECF Nos. 54, 55 (and its attachments), 63, 64, 64-1–64-16, 64-18–64-48, 65–66, 67, 67-1–67-6, 67-9–67-16, 68 (and its attachments), 74 (and its attachments), 75, 75-1–75-2, 79, 79-1–79-3, and 100 to public.

    SO ORDERED.

Dated: January 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge