UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. JOHNSON, as Trustee of the
Johnson Family Trust, and TEMPLETON
GLOBAL INCOME FUND,

                     Plaintiffs,

           -against-

SABA CAPITAL MANAGEMENT, L.P.,
SABA CAPITAL MANAGEMENT GP, LLC,
SABA CAPITAL MASTER FUND, LTD.,
BOAZ R. WEINSTEIN, KAREN
CALDWELL, KETU DESAI, MARK
HAMMITT, and ANATOLY NAKUM,

                   Defendants,

         and

FIRST COAST RESULTS, INC.,

                 Nominal Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/2/2023
```

22 Civ. 4915 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiffs' letter dated February 2, 2023.  ECF No. 122.
Accordingly:

1. The briefing schedule set out in the Court's February 1, 2023 order, ECF No.
   120, is VACATED; and
2. The deadline for the parties to submit a letter advising the Court how they wish
   to proceed, ECF No. 117 at 8, is stayed until the Second Circuit renders a
   decision on Plaintiffs' motion to stay.

      SO ORDERED.

Dated: February 2, 2023
      New York, New York

ANALISA TORRES
United States District Judge