UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES B. JOHNSON,                              :
as Trustee of the Johnson Family Trust, and
TEMPLETON GLOBAL INCOME FUND,    :

          Plaintiffs,        :    22 CIV. 4915 (AT)
  v.
                            :

SABA CAPITAL MANAGEMENT, L.P.,
SABA CAPITAL MANAGEMENT GP, LLC,  :
SABA CAPITAL MASTER FUND, LTD.,
BOAZ R. WEINSTEIN, KAREN                  :
CALDWELL, KETU DESAI, MARK
HAMMITT, and ANATOLY NAKUM,        :

          Defendants,       :
  and
                            :

FIRST COAST RESULTS, INC.,
                            :
         Nominal Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL

    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and mutually agree to the dismissal, with prejudice, of the above-captioned action and all claims and counterclaims asserted therein.  The parties stipulate that each party shall bear its own costs and attorney's fees.

Dated: February 14, 2023
New York, New York

/s/ Scott D. Musoff
_____
Scott D. Musoff
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
scott.musoff@skadden.com

Eben P. Colby, *pro hac vice*
Christopher G. Clark
Marley Ann Brumme
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
eben.colby@skadden.com
christopher.clark@skadden.com
marley.brumme@skadden.com

*Counsel for Plaintiffs Charles B. Johnson,
as Trustee of the Johnson Family Trust, and
Templeton Global Income Fund*

/s/ Michael E. Swartz
_____
Michael E. Swartz
Andrew D. Gladstein
George H. Rowe
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
michael.swartz@srz.com

*Counsel for the Saba Defendants
Saba Capital Management, L.P.,
Saba Capital Management GP, LLC,
Saba Capital Master Fund, LTD,
and Boaz R. Weinstein*