**MANDATE**

S.D.N.Y.–N.Y.C.
22-cv-4915
Torres, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty-three.

Present:
    Robert D. Sack,
    Susan L. Carney,
    Alison J. Nathan,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 15 2023

---

Charles B. Johnson, as Trustee of the Johnson Family Trust,
Templeton Global Income Fund,

        *Plaintiffs-Appellants*,

    v.

Saba Capital Management, L.P., Saba Capital Management GP, LLC,
Saba Capital Master Fund, LTD., Boaz R. Weinstein, Karen Caldwell,
Ketu Desai, Mark Hammitt, Anatoly Nakum,

        *Defendants-Appellees*,

Fire Coast Results, Inc.,

        *Nominal Defendant*.

**ORDER**

23-134

---

Appellants move to dismiss the appeal with prejudice. It is hereby ORDERED that this appeal is DISMISSED with prejudice and the previously entered administrative stay is VACATED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/14/2023